**UNITED STATES of America**

v.

**Kevin Lamarr BETHEA, Appellant.**

**No. 09–4420.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Third Circuit
LAR 34.1(a) July 16, 2010.

Filed: Sept. 9, 2010.

Christy H. Fawcett, Esq., Office of United States Attorney, Harrisburg, PA, for United States of America.

Kevin Lamarr Bethea, White Deer, PA, pro se.

Frederick W. Ulrich, Esq., James V. Wade, Esq., Office of Federal Public Defender, Harrisburg, PA, for Appellant.

Before: FUENTES and VANASKIE, Circuit Judges, and DITTER,* District Judge.

---

\* Honorable J. William Ditter, Jr., Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

## ORDER AMENDING OPINION AND JUDGMENT

**IT IS HEREBY ORDERED** that the Opinion and Judgment filed in this case on September 9, 2010, be amended to correct the name of the district court judge from Honorable Joel A. Pisano to Honorable Christopher C. Connor.